IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE LLC, )<br>An Illinois Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAFFIC JAM EVENTS, et al. )<br>)<br>Defendant. ) | No. 11 CV 02637<br>Hon. Robert Dow |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on the 24th Day of May, 2012, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, **Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Jurisdictional Discovery** . A copy of which is hereby served upon you.

Respectfully submitted,

s/Bryan T. Butcher

Law Offices of Bryan T. Butcher
600 N. Fairbanks Ct.
Suite 1509
Chicago, Illinois 60611
(312) 498-8459
(#6272014)