

**bryan@butcherlawoffices.com**

From: "Gary Fuchs" <Gary@hammarlaw.com>
Date: Sunday, April 29, 2012 9:43 PM
To: <bryan@butcherlawoffices.com>
Subject: United Wholesale v. Traffic Jam/Platinum Plus

Bryan – As you know from past communications, I represent Traffic Jam in several matters. Joe Beckman has them on this one. Platinum Plus is also one of my responsibilities. I have located an attorney in Illinois who will represent Plat Plus. I think the Answer is due fairly soon. I'm starting a trial tomorrow –one to two days – and then I'll get the atty on retainer and get the Answer to you. Can I have a 10 day extension to get that done??
Thanks,

Gary G. Fuchs, Esq.
HAMMARGREN & MEYER, P.A.
3500 American Boulevard W., Suite 450
Bloomington, Minnesota 55431
(952) 844-9033
(952) 229-8492 (direct)
(952) 844-0114 (fax)
gary@hammarlaw.com

This message contains confidential information and may contain information that is protected by the attorney-client or other legal privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately delete it from your system without copying it, and notify the sender by replying to the message or by calling 952-844-9033. Thank you.