IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE LLC, <br> An Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TRAFFIC JAM EVENTS et al. <br><br> Defendant. | ) <br> ) <br> ) <br> )    No. 11 CV 02637 <br> )    Hon. Robert Dow <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS CERTAIN DEFENDANTS PURSUANT TO SETTLEMENT**

Plaintiff, by its attorneys The Law Offices of Bryan T. Butcher, sets forth its Motion to Dismiss Traffic Jam Events and Platinum Plus Printing as follows:

1. Plaintiff and Defendants Traffic Jam Events and Platinum Plus Printing have settled all disputes between them.

2. The parties have executed a Release of All Claims.

3. This matter was scheduled for a pre-trial conference before the Honorable Judge Mason October 18, 2012 at 1:30pm.

4. Plaintiff and Defendant Your Preferred Printer have agreed to settlement terms orally, and a draft Release has been sent for review/revisions.

5. The parties expect the language to be finalized in the next couple weeks.

Wherefore, Plaintiff respectfully requests this court enter an order Dismissing Defendants Traffic Jam Events and Platinum Plus Printing with prejudice pursuant to settlement, striking the Settlement Conference of October 18, 2012 before Judge Mason, and continue all matters for 28 days for the finalization of the settlement between Plaintiff and Defendant Your Preferred Printer.

Respectfully submitted,

s/Bryan T. Butcher