IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED WHOLESALE LLC, | ) | |
| An Illinois Limited Liability Company, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 CV 02637 |
| | ) | Hon. Robert Dow |
| v. | ) | |
| | ) | |
| TRAFFIC JAM EVENTS et al. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION TO DISMISS

The parties having settled their differences by means of a Settlement Agreement, executed and effective as of June 26, 2013, Plaintiff hereby moves for the entry of an order of court dismissing case # 11 cv 02637 with prejudice.

Respectfully submitted,

s/Bryan T. Butcher

Law Offices of Bryan T. Butcher
600 N. Fairbanks Ct. #1509
Chicago, Illinois 60611
(312) 498-8459
#6272014